


**A glance inside your 3M Total Rewards Package**

3M Total Rewards includes a range of plans and programs designed to attract, retain and motivate high-performing employees like you, who are critical to our growth and success. Here's a peek inside the 3M Total Rewards Package.

**Your 3M compensation**

Your pay may include two components: base salary and variable pay. While base pay applies to all employees, variable pay is offered to eligible employees and may include an Annual Incentive Plan (AIP), sales incentives or other incentives.

**Health care benefits**

Good health is an asset to you and 3M.

- You are eligible to participate beginning on your first day of employment.
- Here are the premiums for medical, dental and vision plans:

| | Medical | | | | | | Dental | | | Vision |
|---|---|---|---|---|---|---|---|---|---|---|
| | Choice Advantage | | Prime Advantage | | Basic PPO | | $500 Annual Max | $1,500 Annual Max | $2,500 Annual Max | Vision Service Plan + |
| | Base Rate | After Discounts[1] | Base Rate | After Discounts[1] | Base Rate | After Discounts[1] | | | | |
| Employee Only | $140 | $60 | $170 | $90 | $205 | $125 | $12 | $16 | $26 | $12.24 |
| Employee + Spouse/ Domestic Partner[2] | $275 | $140 | $350 | $215 | $440 | $305 | $25 | $34 | $52 | $23.09 |
| Employee + Child(ren) | $230 | $120 | $300 | $190 | $370 | $260 | $30 | $41 | $67 | $20.93 |
| Employee + Family[2] | $335 | $200 | $435 | $300 | $550 | $415 | $40 | $64 | $90 | $31.78 |

[1]Premium amount shown in this column includes the tobacco-free discount and the 3M Healthy Living discount.

[2]You'll pay an additional surcharge of $211 per month to cover a spouse or domestic partner who has medical coverage offered through his or her own employer.

- If you enroll in the Choice or Prime Advantage Plan, you may be eligible to contribute to a Health Savings Account (HSA). If eligible, 3M will contribute up to $600 for employee-only coverage and $1,200 for all other coverage levels. The amount 3M contributes is prorated based on your hire date.

Here is a summary of how the 3M medical plans compare with each other for in-network services (your cost differs for out-of-network services):

| | Choice Advantage In-Network You Pay | Prime Advantage In-Network You Pay | Basic PPO In-Network You Pay |
|---|---|---|---|
| Annual deductible | $2,800/individual | $1,500 employee only coverage | $500/individual |
| | $5,600/family | $3,000 all other coverage levels[1] | $1,100/family |
| Medical Co-insurance | 20% after deductible | 20% after deductible | 10% after deductible |
| Out-of-pocket maximum | $5,400/individual | $5,400 employee only coverage | $5,400/individual |
| | $10,800/family | $7,900/individual[2] $10,800/family | $10,800/family |
| Prescription Drug Costs (30-day supply) | | | |
| Preventive Drug List | 20% after deductible | 20% after deductible | N/A |
| Generic | 20% after deductible | 20% after deductible | 15%, no deductible |
| Preferred Brand | 20% after deductible | 20% after deductible | 25% (min. $25), no deductible |
| Non-Preferred Brand | 20% after deductible | 20% after deductible | 80%, no deductible |

[1]This plan has a non-embedded deductible, which means for coverage levels other than employee only, you must satisfy the entire family deductible before the co-insurance phase begins for anyone on the plan.
[2]The plan has an embedded out-of-pocket maximum, which means for coverage levels other than employee only, you must satisfy is $7,900 per individual out-of-pocket maximum.

# Supplemental health benefits

These benefits are designed to complement your medical coverage. Any benefits you are eligible to receive are payable without regard to your medical coverage. These benefits are 100% employee paid and are available through convenient payroll deductions.

- Critical Illness Insurance - pays you a lump-sum benefit if you are diagnosed with a covered illness or disease.
- Accident Insurance: Accident Insurance pays you benefits for specific injuries and events resulting from a covered accident.

**Your 2020 monthly premium for supplemental health benefits:**

| | Critical Illness | Accident Insurance |
|---|---|---|
| Employee Only | Premiums are based on the employee's age and tobacco use and can be found on Your Benefits Rewards. | $6.19 |
| Employee + Spouse/ Domestic Partner | | $10.28 |
| Employee + Child(ren) | | $12.43 |
| Employee + Family | | $16.52 |

Accident Insurance and Critical Illness are issued by ReliaStar Life Insurance Company (Minneapolis, MN), a member of the Voya® family of companies.

Voya Employee Benefits is a division of ReliaStar Life Insurance Company. Product availability and specific provisions may vary by state.

**Tax advantaged accounts**
These accounts help reduce your income tax liability and help pay for out-of-pocket health and dependent care expenses.

- Health Savings Account (HSA): contribute between $300 - $7,100
- Health Care Flexible Spending Account (FSA): contribute between $300 - $2,600
- Dependent Care Flexible Spending Account (FSA): contribute between $300 - $5,000

**Life insurance benefits**
To help protect your financial security, 3M also offers a variety of coverage options.

- All employees receive company paid Basic Life Insurance and Accidental Death & Dismemberment Insurance, which is one times your planned total cash compensation (up to a maximum of $1 million) and the Additional Survivor Benefit (up to a $5,000 maximum).
- Additional Life Insurance and Optional AD&D Insurance, Spouse and Child Life Insurance coverages are available at an additional cost.

**Disability benefits**
3M provides company-paid coverage in case you become ill or are injured and unable to work.

- **Short-Term Disability** – Based on your service credit date, for either 100% or 60%of your eligible pay for up to 26 weeks if you cannot work because of illness, injury or pregnancy.
- **Long-Term Disability** – Allows you to continue to receive up to 60% of your eligible pay if a disability continues beyond 26 weeks.

**Parental leave**
3M's parental leave is comprised of two components. Mothers and fathers of newborn or newly adopted children are entitled to up to 20 weeks of parental leave:

- 10 weeks of paid leave (four weeks at 100% and six weeks at 50%).
- 10 weeks of unpaid leave.

Birth mothers are also entitled to an additional time off through Short-Term Disability leave.

**Paid time off**
Paid time off is another part of your 3M Total Rewards that helps you relax and balance your work and personal life.

- **Vacation:** Earned based on your 3M service credit. Your annual vacation hours are available for you to use at the beginning of each year.*

| If employment service credit is: | Annual Vacation Hours** |
|---|---|
| Less than 4 years | 80 hours (two weeks) |
| 4-9 years | 120 hours (three weeks) |
| 10-18 years | 160 hours (four weeks) |
| 19+ years | 200 hours (five weeks) |

*Due to state laws, there are differences in the vacation policy for 3M employees living in or assigned to a work location in California, Colorado, Nebraska, Maryland or Montana.
**Annual Vacation Hours are prorated for new employees hired after the beginning of the year.

- **Holidays:** You may be eligible for up to 12 paid holidays each year (96 hours). Six are national holidays and the remaining six are holidays that are either designated by the work location or taken as personal holidays.

**Savings and retirement**
You are eligible to participate beginning on your first day of employment.

- **General Employees Stock Purchase Plan (GESPP):** You can contribute 3-10% of your eligible compensation to purchase 3M stock with a 15% discount from its current market value.
- **401(k) Plan (VIP):** 3M applies matching contributions on a before tax basis to every dollar you contribute up to the first 5% of your eligible pay from each payroll (on before-tax and/or Roth contributions).
- **After-Tax Savings Account:** You may choose to contribute 2-9% of your pay to this account each pay period on an after-tax basis.
- **Retirement Income Account (RIA):** This is a non-elective, automatic account. 3M contributes a percentage of your eligible pay each payroll payment to the Retirement Income Account.

**Voluntary benefits**
Voluntary benefits are optional programs offered to employees at a group discount but not subsidized by 3M. You can purchase home and auto, legal, identity theft and pet insurances through convenient payroll deductions. Voluntary benefits include:

- Home and Auto Insurance – offers discounted group rates
- MetLaw Group Legal Plan – offers discounted legal services
- InfoArmor Identity Theft Protection – offers protection against the damage of identity theft
- Nationwide Pet Insurance – offers affordable pet health coverage

Important Legal Information: The Home & Auto, Group Legal, ID Theft Protection and Pet Insurance Programs ("the programs") are voluntary, and 3M does not endorse or recommend the programs. You should investigate the programs yourself and make your own informed decision about whether to participate and whether the programs are right for you. If you choose to participate, you are responsible for paying the full cost of the programs. The programs are neither a 3M sponsored plan nor an ERISA employee benefit plan. 3M is not involved in the operation or administration of the programs, and 3M cannot assist you with any issues or disputes you may have regarding the programs.

**More 3M programs and resources**
Here's a sampling:

- On-site fitness centers in many 3M locations
- Fitness center discounts
- Confidential Employee Assistance Program (EAP)
- Stress management coaching
- Child and adult (elder) care consultation and referral
- Parenting resources, scholarship programs and personal growth resources
- 3M Club (discounted tickets and an avenue to share hobbies and interests)
- Tuition reimbursement
- Adoption assistance
- Employee store to purchase 3M products online or at many 3M locations
- On-site CVS CarePlus Pharmacy (St. Paul)
- On-site INFocus Vision Clinic (St. Paul)

**Important Legal Information:** This document is not the official plan document for the plan, and in the event of any conflict, inconsistency or ambiguity between this information and the official plan documents, the terms of the official plan document will control. 3M reserves the right to modify, amend or terminate the benefit plan, in whole or in part, at any time. This document is intended to provide general information about the plan and is not intended to provide specific advice for any individual. This document should not be construed and is not intended to provide financial, investment or tax advice. Individuals should consult their own financial or tax advisor for guidance specific to their own situation. Neither receipt of this document nor its use of the term “you” indicates eligibility for the plan. Only those individuals who satisfy the eligibility requirements and other criteria contained in the official plan document are eligible to participate in the plan.